Marcus RICKS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 51474.

Missouri Court of Appeals,
Western District.

Submitted April 26, 1996.

June 18, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Marcus Ricks appeals the denial of his Rule 24.035 motion for post conviction relief. He contends the motion court erred in denying his motion after an evidentiary hearing.

This court, having considered the arguments of appellant, finds them to be without merit.

The judgment is affirmed. Rule 84.16(b). A memorandum has been furnished to the parties of the reasons for the decision.

STATE of Missouri, Respondent,

v.

Jalam M. OLIVER, Appellant.

No. WD 50030.

Missouri Court of Appeals,
Western District.

June 18, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Jalam Oliver appeals from the judgment on his convictions after a trial to the court of second degree murder, first degree assault and armed criminal action arising out of a drive-by shooting in 1993. Mr. Oliver contends on appeal that there was insufficient evidence that he acted with the requisite culpable mental state to support the convictions. We have reviewed the briefs of the parties and the record on appeal and find that the evidence supported the judgment and that there was no error. Because a published opinion reciting the detailed facts and restating the applicable principles of law would have no precedential value, we affirm by this summary order under Rule 30.25(b). In addition, the parties have been furnished with a memorandum opinion, for their information only, setting forth our reasoning.